AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:02-cr-05353-LJO   Document 96   Filed 04/30/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 1:02-cr-05353 LJO |
| NORBERTO SANDOVAL ) | USM No: 60184-097 |
| ) | |
| Date of Original Judgment: 12/31/2003 ) | |
| Date of Previous Amended Judgment: ) | (none) |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of December 31, 2003 months **is reduced to** 210 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 12/31/2003 shall remain in effect.
**IT IS SO ORDERED**.

| | | |
|---|---|---|
| Order Date: | 04/28/2015 | /s/ Lawrence J. O'Neill |
| | | *Judge's signature* |
| Effective Date: | 11/01/2015 | Honorable LAWRENCE J. O'NEILL, U.S. District Judge |
| | *(if different from order date)* | *Printed name and title* |