AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:02-cr-05353-LJO   Document 97   Filed 05/06/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>NORBERTO SANDOVAL | )<br>)<br>) Case No: 1:02-cr-05353 LJO<br>) USM No: 60814-097 (CORRECTED USM #)<br>) |
| Date of Original Judgment: 12/31/2003<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) (none)<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  December 31, 2003  months **is reduced to**  210 months.  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  12/31/2003  shall remain in effect.
**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date: 05/06/2015 | /s/ Lawrence J. O'Neill<br>*Judge's signature* |
| Effective Date: 11/01/2015<br>*(if different from order date)* | Honorable LAWRENCE J. O'NEILL, U.S. District Judge<br>*Printed name and title* |